969 A.2d 1181

**Diane L. FASTUCA, Petitioner**

v.

**L.W. MOLNAR & ASSOCIATES, Louis W. Molnar, Jr. and Mary Lou Molnar, Individually and t/d/b/a L.W. Molnar & Associates, Respondents.**

Supreme Court of Pennsylvania.

April 15, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of April, 2009, the Petition for Allowance of Appeal is GRANTED, LIMITED to the following two issues, as restated for clarity:

1.) Whether the arbitrator's findings of September 17, 2004 constituted a final award within the meaning of 42 Pa.C.S.A. § 7341?

2.) Whether a trial court has equitable powers to terminate a common law arbitration prior to the entry of a final award by the arbitrator?